IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID ALEN RICHARDS,

    Plaintiff,

v.                                                      Civ. No. 21-607 KG/GJF

CITY OF LOVINGTON, et al.,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith [ECF 57], the Court enters this Final Order under Fed. R. Civ. P. 58, DISMISSING this action WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE